550

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §1983**

Name: Bolton, Gary
(Last)        (First)

Prisoner Number: CCI5HC653

Institutional Address: 901 Court Street, Martinez CA, 94553

FILED JUL 21 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCANNED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gary E Bolton Sr
(Enter your full name.)

vs.

Hall, Santana
Richmond Police Department
Contra Costa County
(Enter the full name(s) of the defendant(s) in this action.)

CV 15 3365 (PR)

Case No. _____
(Leave blank; to be provided by Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  Martinez County Jail

B. Is there a grievance procedure in this institution?  YES ☑  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?  YES ☑  NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: They stated they would talk to me. In the system they have me being sent to the Sacramento state hospital I have never been there.

COMPLAINT Page 1 of 4

2. First formal level: _I stated I was not taking any medication._

3. Second formal level: _They said again they would come and talk to me._

4. Third formal level: _I wrote a second grievance asking why I had to social security numbers in the system and why do they have me listed as taking medication._

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☐   NO ☑

F. If you did not present your claim for review through the grievance procedure, explain why. _I explain to them on the streets I was sent to Martinez crazy house forced to take medication, I have never took medications before only by force._

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

_Gary E. Bolton_
_595 Kister Circle_
_El Sobrante Ca, 94803_

_This was my last address until I got kicked out._

B. For each defendant, provide full name, official position and place of employment.

_I am sorry but I dont know the full names. I have been in jail three months and for some reason I can not get a copy of my police report. I was 72ed on this same case. In a month's time of me being out I got shot at and pronounced dead by the richmond police. They then followed me I called 911 and stated my full name then once again got sent to Martinez crazy house._

COMPLAINT Page 2 of 4

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

A week prior to my arrest I had my bag stolen I called 911 and reported it. Things like this happened all the time I would get my property took and find it at what looked to me like crime scenes. While walken on nevin street in richmond I seen my bag it was on the side of a abandoned house, I heard someone screaming for help saying Help me Help me Help meeee. I got my property took so I had no phone I then jumped the fence and asked this latino women for help. She could not speak english I feared for her and my safety I told her to call 911 and also asked for a water and offered her why a dollar. I then tryed to exit out the gate it was one you can only exit and open with a key so I jumped back over the fence, and the police seen me on nevin I flaged them down. Officer Hall stoped me 10 minutes before my arrest. He was not the same officer that wrote my report.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

The officers had switched I know it was a special agent that wrote my report not Hall and Santana drove me to the station, ouposely. My life is priceless my blood 2. Relif. For me is 2 Million, me and my clone I will one day Find.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 13 day of July, 2015

_Gary E Bollon/ Senior_
(Plaintiff's signature)

*Please continue to the next page.*

# MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

OR

☐ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 13 day of July, 2015

_____
(Plaintiff's signature)

COMPLAINT *Page 4 of 4*

Case 3:15-cv-03365-LB Document 1-1 Filed 07/21/15 Page 5 of 9

RECEIVED
JUL 17 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 07 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

Jun 26

Dear Clerk,

My name is Gary Bolton and for the last three years I have been followed by special agents. A lot of people have been hurt. I have been set up so many times I have lost count. I am a victim over insurance. I once went to a Fairfield hospital from Fairfield jail and I had my blood took out my body. They took so much of my blood I could not walk not to mention I was kicked out of the hospital with no shoes no shirt. I fear for my life. When I left the hospital I took the papers with me. I read that I was a doner. I have never signed up for that. I have made reports to the police turned in checks diamonds and gold. I have found dead bodies in the trash cans and reported it all. This year I was shot and the police of richmond said I was dead. I saved my life by calling 911. I was then stoped by police took to Martiney crazy house not the hospital but the crazy house. I think I have been there 10 times this year, one time the medic stuck me with something and I jumped out the medic van on the freeway. They began to shot darts at me I jumped over the wall right by hurcules. I wrote the mayor. I found a 4.69 million dollor check I tryed to turn it in, because I have a gift I am victimized. I wrote mr lee a letter I also went to san francisco to see him but could not.

P2

These special agents stoped my phone from working they also let people with cases try to set me up in order to get there cases droped. I am now in jail for a crime I did not do everywere I went they made false calls fale reports on me. I once went to mariuney hospital and found a paper it read 2 stamps one envelope, I feared for my life so I called 911 from the hospital the police never came. I was in there with these very angry man he had all his close on and he was making threats to the staff. I played sleep then I heard a gun go off. I really need help because I dont ever wont anyone to go through this pain and strugle I am forced to deal with.

God speaks and lives through us, so I am just trying to do the right thing not for the money cuz people die over it, I am doing this so I can have my life Back.

P.S. Thank you for your time have a Wonderful day

Bless

# CONTRA COSTA COUNTY DETENTION FACILITY

(✓) INMATE REQUEST FOR INFORMATION   ( ) MEDICAL REQUEST

To: Operations
From: Gary E Bollon  12-1-83 (DOB)  Bkg #: _____
Date: 7/8/15   Housing Assignment: Frank

Check One: ( ) Request  (✓) Grievance  ( ) Appeal  ( ) Other

Request: I would like to know why Mental health stated that I said I had been to Sacramento state hospital when I have never been there. Plus why do I have 2 social security numbers in this system. I already reported my identity being stole. Tired of being victimized.

Date Rec'd: 7/8/15   Rec'd By: K. Cook

Routed To: _____

ANSWER:  ( ) APPROVED   ( ) DENIED-(state reason)
You would need to ask Mental Health that question. We will check prints for identity.

By: Eva Zander Clerical Supervisor   Date: 7/8/15

Pink: Kept by Inmate   Yellow: Reply to Inmate   White: To Booking
DET 024: FRM 1/2/91

# CONTRA COSTA COUNTY DETENTION FACILITY

(✓) INMATE REQUEST FOR INFORMATION     ( ) MEDICAL REQUEST

To: ~~Operations~~ MENTAL HEALTH
From: Gary E Bolton  12-1-83 (DOB)  Bkg # CC15HC053
Date: 7/7/15   Housing Assignment: Frank-#2

Check One:  (✓) Request  (✓) Grievance  ( ) Appeal  ( ) Other

Request: I am a victim, I wont to No why do I have 2 Social Securety numbers in this system? And why did Mental Health tell me I went to Sacramento State Hospital when I have never ever been there? Please Do explain Tired of being victimized.....
T.M.

Date Rec'd: 7/7/15   Rec'd By: WILLIAMS
Routed To: 

ANSWER:   ( ) APPROVED   ( ) DENIED-(state reason)

Noted. You will be seen by mental health soon. Thank you

By: MH                      Date: 7/8/15

Pink: Kept by Inmate     Yellow: Reply to Inmate     White: To Booking
DET 024: FRM 1/2/91



Mr Harry E Bolton CC15HL653
101 Court Street
Martinez Ca, 94553

County Jail
Inmate Mail

RECEIVED
JUL 17 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk - 1983
Northern District of California
450 Golden gate Avenue
San Francisco Ca, 94102