UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY E. BOLTON, SR., | No. 15-cv-3365 LB |
| Plaintiff, | **ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT** |
| v. | |
| OFFICERS HALL & SANTANA; et al., | [Re: ECF No. 16] |
| Defendants. | |

The plaintiff's request for an extension of the deadline to file an amended complaint is GRANTED. (ECF No. 16.) The plaintiff must file his amended complaint no later than **November 30, 2015**. Failure to file the amended complaint by that deadline will result in the dismissal of this action.

In the letter in which he requested an extension of the deadline, the plaintiff complained that mail from the court was slow to get to him. The delay in the mail was due to the plaintiff's failure to notify the court of his change of address. The order of dismissal with leave to amend sent to him at the county jail had to be mailed to him again at Napa State Hospital. The plaintiff is reminded that

15-cv-3365 LB
ORDER

he must promptly inform the court in every one of his cases each time he is moved to a new institution or is released from custody.

**IT IS SO ORDERED.**

Dated: October 30, 2015

_____
LAUREL BEELER
United States Magistrate Judge