UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY E. BOLTON, SR., | No. 15-cv-3365 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| OFFICERS HALL & SANTANA; et al., | |
| Defendants. | |

Gary E. Bolton, then an inmate at the Martinez Detention Facility and now housed at Napa State Hospital, filed this *pro se* civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint under 28 U.S.C. § 1915A, determined that Mr. Bolton's complaint failed to state a claim upon which relief may be granted, and dismissed it with leave to file an amended complaint by October 23, 2015, curing the several deficiencies identified in the order of dismissal with leave to amend. (ECF No. 10.) At Mr. Bolton's request, the court later extended the deadline to November 30, 2015. (ECF No. 19.) Mr. Bolton did not file an amended complaint and the deadline by which to do so has passed. It is possible that Mr. Bolton intended the document filed at ECF No. 17 to be his amended complaint; however, that document fails to cure either of the deficiencies identified in the order of dismissal with leave to amend. That is, the document at ECF No. 17 does not allege facts plausibly showing a violation of Mr. Bolton's rights under the Constitution or laws

of the United States and does not link any of the listed defendants to any such claim. Accordingly, this action is DISMISSED for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 15, 2015

_____
LAUREL BEELER
United States Magistrate Judge